# TABLE OF CONTENTS
# FOR EXHIBITS TO DEFENDANT TRANSAMERICA LIFE INSURANCE COMPANY'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441 AND 1446 ON THE BASIS OF DIVERSITY JURISDICTION
# [28 U.S.C. § 1332]

| Exhibit | Description | Page(s): |
|---|---|---|
| A | Plaintiff's Complaint, filed on June 10, 2015 in the Superior Court of the State of California for the County of San Diego, entitled *Michele James, Rebecca James, and Joshua James, Plaintiffs, v. Transamerica Life Insurance company, and Does 1-25, inclusive, Defendants*, Case No. 37-2015-00019548-CU-BC-CTL | 7-12 |
| B | Summons filed on June 10, 2015 in the Superior Court of the State of California for the County of San Diego, entitled *Michele James, Rebecca James, and Joshua James, Plaintiffs, v. Transamerica Life Insurance company, and Does 1-25, inclusive, Defendants*, Case No. 37-2015-00019548-CU-BC-CTL | 13-14 |
| C | Plaintiff's State Court Civil Cover Sheet, filed on June 10, 2015 in the Superior Court of the State of California for the County of San Diego, entitled *Michele James, Rebecca James, and Joshua James, Plaintiffs, v. Transamerica Life Insurance company, and Does 1-25, inclusive, Defendants*, Case No. 37-2015-00019548-CU-BC-CTL | 15-17 |

36077881v1 0974999

| **Exhibit** | **Description** | **Page(s):** |
|---|---|---|
| D | Plaintiff's Notice of Right to Seek Punitive Damages Against Defendant, filed on June 10, 2015 in the Superior Court of the State of California for the County of San Diego, entitled *Michele James, Rebecca James, and Joshua James, Plaintiffs, v. Transamerica Life Insurance company, and Does 1-25, inclusive, Defendants*, Case No. 37-2015-00019548-CU-BC-CTL | 18-19 |
| E | Transamerica Life Insurance Company's Answer to Plaintiff's Complaint, filed on July 21, 2015 in the Superior Court of the State of California for the County of San Diego, entitled *Michele James, Rebecca James, and Joshua James, Plaintiffs, v. Transamerica Life Insurance company, and Does 1-25, inclusive, Defendants*, Case No. 37-2015-00019548-CU-BC-CTL | 20-30 |

# EXHIBIT A

```
Patrick J. Stark, Esq. (SBN 149352)
STARK & D'AMBROSIO, LLP
501 W. Broadway, Ste. 960
San Diego, CA 92101
Tel: (619) 338-9500
Fax: (619) 338-9595

Attorney for Plaintiff,
MICHELE JAMES
```

FILED
CIVIL BUSINESS OFFICE
CENTRAL DIVISION

F I L E D
Clerk of the Superior Court

JUN 1 0 2015

15 JUN 10 AM 9: 06

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

JUN 10 '15 PM 3:58

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO, CENTRAL DIVISION

| | |
|---|---|
| MICHELE JAMES; REBECCA JAMES; and, JOSHUA JAMES,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, and Does 1 through 25, inclusive,<br><br>Defendants. | Case No. 37-2015-00019548-CU-BC-CTL<br><br>**COMPLAINT FOR:**<br>(1) **BREACH OF CONTRACT**<br>(2) **TORTIOUS BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Michelle James, Rebecca James and Joshua James alleges:

### PARTIES

1. Plaintiff MICHELLE JAMES is and at all times herein mentioned was an individual residing within the County of San Diego, State of California.

2. Plaintiff REBECCA JAMES is and at all times herein mentioned was an individual residing within the County of San Diego, State of California.

3. Plaintiff JOSHUA JAMES is and at all times herein mentioned was an individual residing within the County of San Diego, State of California.

4. Plaintiff is informed and believes and thereon alleges that Defendant TRANSAMERICA LIFE INSURANCE COMPANY ("Transamerica," "Defendant." or the "Company") is and at all times herein mentioned a corporation conducting business within the

-COMPLAINT FOR: (1) BREACH OF CONTRACT (2) TORTIOUS BREACH OF IMPLIED COVENANT OF
GOOD FAITH AND FAIR DEALING DEMAND FOR JURY TRIAL-

1

1  County of San Diego, State of California.

2  5. Plaintiffs are believed to be the named beneficiaries to the deceased, Harry R. James
3  (the "decedent"), life insurance policy with Defendant.

4  6. Plaintiff is informed and believes that Defendant is an Iowa corporation with its
5  principal place of business in Cedar Rapids, Iowa. Transamerica is in the business of selling life
6  insurance policies and associated investment products.

7  7. Plaintiff does not know the true names and capacities, whether individual,
8  partnership, corporate, associate, or otherwise, of defendants DOES 1 through 25, inclusive, and on
9  that basis designates them herein by such fictitious names. As the true names and capacities of
10 defendants DOES 1 through 25, inclusive, or any of them, become known, Plaintiff will seek leave
11 to amend this Complaint to state their true names and capacities. Plaintiff is informed and believes,
12 and on that basis alleges, that each defendants designated herein as DOES 1 through 25, inclusive, is
13 in some way liable, responsible or indebted to Plaintiff in connection with the events and/or
14 transactions referred to in this Complaint.

15 8. Plaintiff is informed and believes, and on that basis alleges, that except where
16 otherwise explicitly alleged, each of the defendants, including DOES 1 through 25, inclusive, is and
17 at all relevant times herein mentioned was, the agent, partner, joint venturer, employee, alter ego,
18 and/or co-conspirator of Defendant, and is, and at all relevant times herein mentioned was, in
19 performing and failing to perform the acts and conduct hereinafter alleged, acting within the course
20 and scope of such agency, partnership, joint venture, employment, and/or conspiracy. Plaintiff is
21 further informed and believes, and on that basis alleges, that the acts and conduct of each of the
22 defendants were known to, and authorized and ratified by, the remaining defendants.

23 9. Plaintiff is informed and believes and thereon alleges that at all times herein
24 mentioned, each of the Defendants, including the fictitiously named Defendants, were legally
25 responsible in some manner for the events and happenings referred to herein and thereby proximately
26 caused the Plaintiff's injuries and damages.

27 ///

28

-COMPLAINT FOR: (1) BREACH OF CONTRACT (2) TORTIOUS BREACH OF IMPLIED COVENANT OF
GOOD FAITH AND FAIR DEALING DEMAND FOR JURY TRIAL-

2

1    10.    Plaintiff is informed and believes and thereon alleges that at all times herein mentioned each of the Defendants, including DOES 1 through 25, own, direct, operate and control, or are the alter egos of various subsidiaries or wholly-owned companies, and, at all times, herein mentioned, there has existed a unity of interest and ownership between each and every defendant named herein and named fictitiously that such separateness ceased to exist.

## JURISDICTION AND VENUE

11.    This Court has jurisdiction of this matter pursuant to California Code of Civil Procedure ("CCP") section 410.10.

12.    Venue is proper in this county pursuant to CCP § 395.5 because, upon information and belief, this county was where the policy was made or was to be performed, where the obligation or liability arose, and where the breach occurred.

## FACTUAL ALLEGATIONS

13.    At all times herein mentioned until the time of his death as hereinafter alleged, the decedent was married to Plaintiff, MICHELLE JAMES, and was the father of Plaintiffs, REBECCA JAMES and JOSHUA JAMES.

14.    On or about January 17, 2013 through January 24, 2013, the decedent accurately completed a two part application, collectively "the application," for life insurance from Defendant.

15.    On or February 5, 2013, in consideration of payment to it of specified premiums, by its duly authorized agents, Defendant executed and delivered to the decedent in San Diego, California, its Life Insurance Policy, hereinafter referred to as "the policy," bearing number 42892181, wherein Defendant insured the life of the decedent in the amount of $500,000.

16.    At all times herein mentioned until the time of his death as hereinafter alleged, the decedent paid the specified premiums and the policy was in full effect.

17.    As shown by the application, Plaintiffs are the beneficiaries therein named.

18.    On or about September 30, 2013, while the policy was in full force and effect, the decedent died in San Diego, California.

///

-COMPLAINT FOR: (1) BREACH OF CONTRACT (2) TORTIOUS BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING DEMAND FOR JURY TRIAL-

3

1    19.    Decedent performed all the conditions of the policy on his part to be performed, and, in accordance with the terms of the policy, Plaintiffs gave the defendant due and timely notice and proof of death.

20.    Shortly after, Plaintiffs sought payment of $500,000, the amount in which the decedent's life was insured as alleged in Paragraph 3, above, but Defendant failed and refused, and continues to fail and refuse, to pay the whole or any part of that amount.

## FIRST CAUSE OF ACTION

### (Breach of Contract)

21.    Plaintiffs hereby incorporates the allegations of paragraphs 1 through 20 of this Complaint as though fully set forth herein.

22.    The policy between the decedent and Defendant is a valid and enforceable contract.

23.    Plaintiffs and the decedent performed all of their obligations under the policy, or their performance was excused by Defendant's failure to perform.

24.    Defendant breached the contract when it failed and refused, and continues to fail and refuse, to pay the whole or any part of that amount.

25.    Defendant's breach was neither justified nor excused.

26.    As a proximate result of Defendant's failure and refusal as herein alleged, Plaintiffs have been damaged in the sum of $500,000, the amount due and unpaid, together with interest thereon at the legal rate from and after September 30, 2013.

## SECOND CAUSE OF ACTION

### (Tortious Breach of Implied Covenant of Good Faith and Fair Dealing)

27.    Plaintiffs hereby incorporates the allegations of paragraphs 1 through 26 of this Complaint as though fully set forth herein.

28.    California law implies a covenant of good faith and fair dealing in all contracts between parties entered into in the State of California.

29.    Defendant refused to pay Plaintiffs the proceeds due under the policy.

///

---

-COMPLAINT FOR: (1) BREACH OF CONTRACT (2) TORTIOUS BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING DEMAND FOR JURY TRIAL-

4

EXHIBIT A
11

30. As a result of Defendant's actions, Defendant has violated the implied covenant of good faith and fair dealing, and a result thereof, Plaintiffs incurred and continues to suffer monetary damages, loss of personal property, as well as pain, discomfort, loss of sleep, anxiety and other emotional distress, all in an amount to be proven at time of trial.

31. The actions of Defendant were intentional, willful, wanton and reckless, and done with a reckless disregard for the rights of Plaintiffs, entitling Plaintiffs to exemplary and punitive damages in an amount to be proven at time of trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request judgment as follows:

1. For special damages in the sum of $500,000;
2. For general damages to be proven at time of trial;
3. For punitive and exemplary damages according to proof at trial;
4. For attorney's fees, costs of suit, and prejudgment and post judgment interest, as provided under applicable law; and
5. For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury on each of its claims for relief that are triable before a jury.

Respectfully submitted,

STARK & D'AMBROSIO, LLP

Dated: 6/9/15

By: _____
Patrick J. Stark
Attorney for Plaintiffs

-COMPLAINT FOR: (1) BREACH OF CONTRACT (2) TORTIOUS BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING DEMAND FOR JURY TRIAL-

5