1  Andrew S. Williams (SBN 177926)
   awilliams@mail.hinshawlaw.com
2  Vivian I. Orlando (SBN 213833)
   vorlando@mail.hinshawlaw.com
3  HINSHAW & CULBERTSON LLP
   633 West 5th Street, 47th Floor
4  Los Angeles, CA 90071-2043
   Telephone:  213-680-2800
5  Facsimile:   213-614-7399

6  Attorneys for Defendant
   Transamerica Life Insurance Company
7

8  Patrick J. Stark (SBN 149352)
   partick@starkllp.com
9  Stark & D'Ambrosio, LLP
   501 East Broadway, Suite 960
10 San Diego, CA 92101
   Telephone: (619) 338-9500
11 Facsimile: (619) 338-9595

12 Attorneys for Plaintiffs
   Michele James, Rebecca James and Joshua James
13

14                **UNITED STATES DISTRICT COURT**

15              **SOUTHERN DISTRICT OF CALIFORNIA**

16

17 MICHELE JAMES; REBECCA JAMES;        Case No. 15cv1630 JM BGS
   and JOSHUA JAMES,
                                        (Honorable Jeffrey T. Miller)
18              Plaintiffs,             Courtroom: D-5

19       vs.                           **JOINT MOTION FOR**
                                       **DISMISSAL OF ENTIRE**
20 TRANSAMERICA LIFE INSURANCE         **ACTION WITH PREJUDICE**
   COMPANY, and Does 1 through 25,
21 inclusive,                          [[Proposed] Order filed
                                       concurrently]
22              Defendants.
                                       Complaint Filed:  June 10, 2015
23

24

25

26

27

28

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1        Plaintiffs Michelle James, Rebecca James and Joshua James and defendant

2    Transamerica Life Insurance Company hereby jointly move and request that this

3    Court dismiss the above-referenced action with prejudice pursuant to Federal Rule

4    of Civil Procedure 41 in light of the settlement of the matter.   The parties further

5    agree and stipulate that each party shall bear his, her or its own costs, including

6    attorneys' fees.

7

8    DATED:  November 30, 2015              HINSHAW & CULBERTSON LLP

9

10                                         By: s/ Vivian I. Orlando
                                               Attorneys for Defendant
11                                             Transamerica Life Insurance Company
                                               Andrew S. Williams
12                                             awilliams@mail.hinshawlaw.com
                                               Vivian I. Orlando
13                                             vorlando@mail.hinshawlaw.com

14    DATED:  November 30, 2015              STARK & D'AMBROSIO  LLP

15

16                                         By: _____
                                               Attorneys for Plaintiffs
17                                             Michele James, Rebecca James and
                                               Joshua James
18                                             Patrick J. Stark
                                               patrick@starkllp.com

19

20

21

22

23

24

25

26

27

28

1

MOTION RE DISMISSAL
Case No. 15cv1630 JM (BGS)
36113120v1 0974999