1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11  MICHELE JAMES; REBECCA JAMES; and JOSHUA JAMES,

12              Plaintiffs,

13        vs.

14  TRANSAMERICA LIFE INSURANCE
15  COMPANY, and Does 1 through 25,
    inclusive,

16
              Defendants.
17

Case No. 15cv1630 JM(BGS)

**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

18

19        IT IS HEREBY ORDERED that, pursuant to joint motion of plaintiffs Michelle

20  James, Rebecca James and Joshua James and defendant Transamerica Life Insurance

21  Company, this action is hereby dismissed in its entirety with prejudice.  Each party

22  shall bear his, her or its own fees and costs. The Clerk of Court is directed to close

23  this file.

24        **IT IS SO ORDERED.**

25  Dated: December 4, 2015

26  JEFFREY T. MILLER
    UNITED STATES DISTRICT JUDGE

27
28

1

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800